UNITED STATES DISTRICT COURT

DISTRICT COURT OF MASSACHUSETTS  CASE NO :

Rafael & Cruz Fernandez

V,

SANTANDER BANK ( SOVEREIGN BANK )

PARTIES

1- The Plaintiffs are natural people live at 65   Buswell  street in Lawrence – ma-01841,

2- The Defendant Previously was called Sovereign Bank  has a headquarter located at : 450 penn street, READING- PA 19602.

JURISDICTION

3- The amount of the controversy exceed $75000,0 and the parties are located at the different states therefore this court has jurisdiction.

COUNT I

4- The Plaintiff ( Rafael ) had deposited funds at the Defendant Bank, but suffered medical problems as the result the account was inactive and after some times account was closed,

5- The Plaintiffs repeatedly request that Defendant return the funds to the plaintiff but the Defendants refused as the result the Plaintiffs suffered damages .

6- The Defendant closed the Plaintiff account without the permission as the Plaintiffs suffered damages .

WHEREFORE THE Plaintiffs request that Honorable court order the judgement for the Plaintiffs and order the Defendant return the Plaintiffs funds with the interest

Plaintiffs demand jury trial

Date :  09/24/2017                    Respectfully Submitted by Plaintiffs :

                                      Rafael and Cruz Fernandez
                                      *RAFAEL FERNANDEZ*

                                      *Craj Fernah*