**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| RAFAEL FERNANDEZ AND<br>CRUZ FERNANDEZ,<br><br>       Plaintiffs,<br><br>       v.<br><br>SANTANDER BANK,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>17-11857-FDS |

## ORDER DISMISSING CASE

**SAYLOR, J.**

This is an action arising from the closure of a bank account held by plaintiff Rafael Fernandez at Santander Bank. The two-page complaint alleges that Santander refused to return the funds in the account to him. However, it was devoid of basic facts relevant to plaintiffs' claims. Therefore, defendant moved to dismiss the complaint for failure to state a claim. On January 3, 2018, the Court denied the motion without prejudice and entered an order instructing plaintiffs to file an amended complaint containing more specific factual allegations by January 26, 2018, or the action would be dismissed. Plaintiffs subsequently moved for additional time to file an amended complaint. (Docket No. 11). The Court granted plaintiffs' motion, extending the deadline to February 16, 2018. (Docket No. 12). In light of plaintiffs' *pro se* status, on February 23, 2018, the Court again extended the deadline to March 8, 2018, warning that failure to comply would result in dismissal of the complaint. (Docket No. 14).

However, to date plaintiffs have not filed an amended complaint. Accordingly, the complaint is DISMISSED.

**So Ordered.**

                                        /s/  F. Dennis Saylor
                                        F. Dennis Saylor IV
Dated: March 16, 2018                   United States District Judge